IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA
CIVIL DIVISION

JUAN VALIDO and MARIA VALIDO,

    Plaintiffs,

v.

    Case No.:
    Division: 09 02598

AMERICAN SECURITY INSURANCE
COMPANY,

    Division C

    Defendant.
_____/

## COMPLAINT AND JURY TRIAL DEMAND

Plaintiffs, JUAN VALIDO and MARIA VALIDO ("Plaintiffs"), by and through their undersigned counsel, hereby sue Defendant, AMERICAN SECURITY INSURANCE COMPANY ("Defendant"), and as grounds therefore would state as follows:

1. This is an action for damages in excess of fifteen thousand dollars ($15,000) exclusive of interest, attorneys' fees, and costs.

2. At all times material hereto, Plaintiffs were and are the owners of that certain real property located at 2713 West Heiter Street, Tampa, Hillsborough County, Florida.

3. That on or about November 4, 2008, Plaintiffs procured or renewed a policy of homeowners insurance from Defendant for the above-referenced property, a copy of which is not attached but is in the possession of Defendant and has been requested.

4. Plaintiffs have renewed said policy each and every year and have paid all premiums due thereunder.

5. On or about December 5, 2008, while said policy was in full force and effect, Plaintiffs discovered damage to their home, including, but not limited to, progressive physical damage to the walls and floors of the residence.

6. The damage to the Plaintiffs' home is caused by a covered peril under the policy.

7. Plaintiffs have made an application for insurance benefits under the policy, but Defendant has failed and refuses to pay said benefits Plaintiffs are entitled to for their loss.

8. All conditions precedent to obtaining payment of said benefits under the policy from Defendant have been complied with, met, or waived.

9. The Defendant has breached the policy of insurance by failing to pay all the benefits due thereunder.

10. Plaintiffs are suffering direct physical damage to their home and property.

11. Plaintiffs are entitled to the full cost of repairs of the damage to their home including, but not limited to, remediation of subsurface conditions, restoration of the foundation, cosmetic repair, repairs of the cracks, structural repair, temporary repairs and other expenses necessary to repair the subject home and, if the home is not repairable within the applicable coverage limits, an amount equal to such limits for the total loss.

12. Due to Defendant's refusal to pay the losses sustained by Plaintiffs, Plaintiffs have been required to retain the services of the undersigned counsel and are obligated to pay them a reasonable fee for their services.

13. Plaintiffs are entitled to attorneys' fees pursuant to section 627.428, Florida Statutes.

14. Defendant owes prejudgment interest, expert fees, costs, attorneys' fees, the costs of all structurally necessary repairs, and, if the home is not repairable within applicable coverage limits, an amount equal to such limits for the total loss.

WHEREFORE, Plaintiffs demand judgment against Defendant for: (i) all general and special damages including, but not limited to the full cost of repair or replacement of Plaintiffs' home; (ii) pre-judgment interest; and (iii) Court costs, costs, expert fees and attorneys' fees pursuant to section 627.428, Florida Statutes, and such other and further relief as the court deems proper.

## DEMAND FOR JURY TRIAL

Plaintiffs demand a jury trial on all issues so triable.

Dated this 22 day of December, 2009.

ALAN S. MARSHALL, ESQUIRE
FBN: 0356603
JOHN E. "JED" THOMAS, ESQUIRE
FBN: 097519
JOSHUA M. ZUDAR, ESQUIRE
FBN: 0059616
**MARSHALL THOMAS BURNETT, P.L.**
200 N. Pierce Street, First Floor
Tampa, Florida 33602
Telephone: (813) 221-2525
Facsimile: (813) 227-8900
Attorneys for Plaintiffs

3